IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re *Ex Parte* Application of<br>REGENERON<br>PHARMACEUTICALS, INC.,<br><br>                        Applicant,<br><br>For an Order Pursuant to 28 U.S.C.<br>§ 1782 to Take Discovery for Use in<br>Foreign Proceedings | Civil Action No. 26-416-CFC |

---

## **MEMORANDUM ORDER**

WHEREAS on April 20, 2026, I issued an Order granting Regeneron's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings (D.I. 1) stating that "[n]othing in this Order shall be construed to preclude the SCD Subsidiaries [(SCD Biotech LLC and SCD US, Inc.)] from timely moving to quash the proposed subpoenas," D.I. 15;

WHEREAS consistent with that Order, the Clerk of Court closed the action, 4.20.26 Remark;

WHEREAS on July 1, 2026, the SCD Subsidiaries filed a Motion to Vacate Order and Quash Section 1782 Subpoenas for Korean Litigation, D.I. 18;

WHEREAS this action is captioned "In re *Ex Parte* Application of Regeneron Pharmaceuticals, Inc. for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings";

WHEREAS SCD Subsidiaries' July 1 motion does not seek "an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings," *see* D.I. 18 at 1;

WHEREAS District of Delaware Local Rule 5.1(a) provides that "all documents submitted for filing with the Court shall be filed in accordance with the Court's Administrative Procedures Governing Filing and Service by Electronic Means, which may be amended from time to time by the Court (the 'CM/ECF Procedures')," D. Del. LR 5.1(a);

WHEREAS the CM/ECF Procedures and related manuals and procedures, including the procedures for "Attorney E-filing of an Initial Pleading in a new Civil or Miscellaneous Case" (the Initial Pleading Procedures), are accessible on the Court's website, *see Manuals/Procedures*, U.S. Dist. Ct. Dist. of Del., https://www.ded.uscourts.gov/manualsprocedures [https://perma.cc/9ZMY-3S9N] (last visited July 23, 2026); and

WHEREAS the Initial Pleading Procedures state that "[i]f the initial pleading is a Miscellaneous Case in the form of a motion, such as a Motion to Quash or Motion to Compel," the motion is to be filed as a "New Miscellaneous Case," *see* U.S. Dist. Ct. Dist. of Del., Attorney E-filing of an Initial Pleading in a new Civil or Miscellaneous Case (2017), https://www.ded.uscourts.gov/sites/ded/

files/cm-ecf/Attorney%20Case%20Opening%20Rev%203-28-17.pdf

[https://perma.cc/K5VN-AF3S];

NOW THEREFORE, at Wilmington on this Twenty-third Day of July in 2026, it is HEREBY ORDERED that the Clerk of Court shall create a new miscellaneous case and transfer the docket entries of this action beginning with filings dated July 1, 2026 through the present to the docket of the new miscellaneous case. It is FURTHER ORDERED that no action shall be taken by the Court in the new matter until the SCD Subsidiaries pay the filing fee for that action.

_____
CHIEF JUDGE

3